IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| RICKY L. BLALOCK, | ) |
| | ) |
| Plaintiff, | ) CAFN: 1:15-CV-04298-MHC-JSA |
| | ) |
| v. | ) |
| | ) |
| TURNER BROADCASTING SYSTEM; | ) |
| TIME WARNER, INC; | ) |
| | ) |
| AND | ) |
| | ) |
| TURNER SERVICES INC, | ) |
| | ) |
| Defendants. | ) JURY TRIAL DEMANDED |

## VOLUNTARY DISMISSAL WITH PREJUDICE

**COMES NOW, RICKY L. BLALOCK,** Plaintiff in the above-styled civil action, and dismisses all claims against Defendant with prejudice and hereby authorizes the Clerk of the **United States District Court Northern District Of Georgia** to mark the above-styled law suit "Dismissed with Prejudice" upon the dockets and records of the **United States District Court Northern District Of Georgia**.

Respectfully submitted this 16th day of February, 2016.

/s/ Mario Williams
Mario Williams
Georgia Bar No. 235254

1

Attorney for Plaintiff
Williams Oinonen LLC
The Grant Building
44 Broad Street NW
Suite 200
Atlanta, Georgia 30303
Telephone (404) 654-0288
Fax: (404) 592-6225
mario@goodgeorgialawyer.com

Attorney for Plaintiff


*/s/ David Betts*
David Betts
Georgia Bar No. 055850
Attorney for Plaintiff
Betts And Associates
The Grant Building
44 Broad Street NW
Suite 200
Atlanta, Georgia 30303
Telephone (404) 577-8888
Fax: (404) 577-0080
davidbetts@bettslaw.net

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **RICKY L. BLALOCK,** ) | |
| ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | CAFN: 1:15-CV-04298-MHC-JSA |
| ) | |
| v. ) | |
| ) | |
| **TURNER BROADCASTING** ) | |
| **SYSTEM;** ) | |
| **TIME WARNER, INC;** ) | |
| ) | |
| **AND** ) | |
| ) | |
| **TURNER SERVICES INC,** ) | |
| ) | **JURY TRIAL DEMANDED** |
| **Defendants.** ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have electronically served the foregoing **VOLUNTARY DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record including:

> Ilene W. Berman
> Shawntel R. Hebert
> Taylor English Duma LLP

Respectfully submitted this 16th day of February, 2016.

*/s/ Mario Williams*
Mario Williams
Georgia Bar No. 235254
Attorney for Plaintiff
Williams Oinonen LLC
The Grant Building

44 Broad Street NW
Suite 200
Atlanta, Georgia 30303
Telephone (404) 654-0288
Fax: (404) 592-6225
mario@goodgeorgialawyer.com

Attorney for Plaintiff


*/s/ David Betts*
David Betts
Georgia Bar No. 055850
Attorney for Plaintiff
Betts And Associates
The Grant Building
44 Broad Street NW
Suite 200
Atlanta, Georgia 30303
Telephone (404) 577-8888
Fax: (404) 577-0080
davidbetts@bettslaw.net

Attorney for Plaintiff

4